```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 DAVID ZIGLER,                           :
                                         :
                 Plaintiff,              :        20cv2462 (DLC)
                                         :
            -v-                          :             ORDER
                                         :
                                         :
 FEATHERSTONE FOODS, INC., CARAWAY       :
 REALTY, LLC, SESAME DISTRIBUTION,       :
 INC., JOEL SCHONFELD, KUZARI GROUP,     :
 LP, MARK RIMER,                         :
                                         :
                 Defendants.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 11, 2020, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 10, 2020.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **July 10, 2020.**  Defendants' reply, if any, shall be filed by **July 24.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **July 10**, a letter no longer than two pages explaining the basis for his belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for June 26, 2020 is adjourned sine die.


Dated:    New York, New York
          June 12, 2020

                              _____
                              DENISE COTE
                              United States District Judge