

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

WRITER'S DIRECT: (646) 428-3269
E-MAIL ADDRESS: rw@dhclegal.com

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

<u>**VIA ECF**</u>                                                                                   August 14, 2020

Honorable Denise Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Zigler v. Featherstone Foods, Inc., et al.*
              <u>No. 1:20-cv-02462-DLC</u>

Dear Judge Cote:

      We are attorneys for defendants in the above-referenced matter. We write, pursuant to Your Honor's Individual Practices, to request oral argument on defendants' motion to dismiss (Dkt. No. 24).

                                             Respectfully submitted,

                                             *Richard C. Wolter*

                                             Richard C. Wolter

702538