```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 DAVID ZIGLER,                           :
                                         :
                      Plaintiff,         :
                                         :      20cv2462 (DLC)
           -v-                           :
                                         :         ORDER
 FEATHERSTONE FOODS, INC., CARAWAY       :
 REALTY, LLC, SESAME DISTRIBUTION, INC., :
 JOEL SCHOENFELD, KUZARI GROUP, LP, and  :
 MARK RIMER,                             :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of September 4, 2020, allowed Peter Ripin, Esq., counsel for defendants Kuzari Group, LP and Mark Rimer, to withdraw from this case, effective September 18. On September 11, Neil Postrygacz, Esq. filed a notice of appearance on behalf of these two defendants and sought the vacatur of the September 4 Order. On September 14, Mr. Ripin filed a letter in reply. Both defendants now being represented by Mr. Postrygacz, it is hereby

ORDERED that Mr. Postrygacz's request, seeking the vacatur of the September 4 Order, is denied.

Dated:   New York, New York
         September 15, 2020

                                              _____
                                                         DENISE COTE
                                              United States District Judge