**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID ZIGLER,

                Plaintiff,

    -against-                           20 **CIVIL** 2462 (DLC)

# JUDGMENT

FEATHERSTONE FOODS, INC.; CARAWAY REALTY, LLC; SESAME DISTRIBUTION, INC.; JOEL SCHONFELD; KUZARI GROUP, LP; and MARK RIMER,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 15, 2021, the defendants' June 11, 2020 motion to dismiss is granted; judgment is entered for the defendants, and the case is closed.

**Dated:**  New York, New York
           January 15, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                   Clerk of Court
                                   **BY:**
                                                      **Deputy Clerk**